IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01309-WYD-MEH

KILLER JOE NEVADA, LLC,

      Plaintiff,

v.

JOHN DOES 2-4, 6, 10-12, 14-15, 17, and 19-20,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 8, 2013.**

      In the interests of justice and judicial efficiency, Plaintiff's Motion for Leave to Amend Complaint in Order to Identify Defendants John Doe 2 and John Doe15 by Name [filed November 7, 2013; docket #34] is **denied without prejudice** for the following reasons. The Court has determined that it is difficult to proceed in this type of litigation with some Defendants named and some Defendants unidentified. Here, the Plaintiff seeks to name only two of the twelve remaining Defendants, but the Court has found in similar cases that such "piecemeal" identification of defendants leads to confusion and disorganization in the scheduling of conferences and discovery. Therefore, the Plaintiff may re-file its motion when it determines whether to identify all remaining Defendants by name in this case. Otherwise, the Plaintiff may simply initiate a new case against the two named Defendants, if Plaintiff wishes to proceed promptly against such Defendants.