IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01309-WYD-MEH

KILLER JOE NEVADA, LLC,

    Plaintiff,

v.

JOHN DOES 2 and 15,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2013.**

    In the interest of justice, Plaintiff's Motion for Leave to Amend Complaint in Order to Identify Defendants John Doe 2 and John Doe 15 by name [filed November 12, 2013; docket #39] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint for Damages and Injunctive Relief found at docket #39-1. Plaintiff shall serve the Second Amended Complaint in accordance with Fed. R. Civ. P. 4 and this Court's orders and rules.